**STATE of Missouri, Respondent,**

v.

**Devikumar U. ACHARYA, Appellant.**

**No. WD 48076.**

Missouri Court of Appeals,
Western District.

March 22, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Paul T. Graham, Brandecker, Smull & Graham, Columbia, for appellant.

Kevin M.J. Crain, Pros. Atty., Rose M. Heim, Asst. Pros. Atty., Boone County, Columbia, for respondent.

Before TURNAGE, C.J., and LOWENSTEIN and HANNA, JJ.

*ORDER*

PER CURIAM:

Appeal from judgment of conviction for sexual abuse in the third degree, § 566.120, RSMo 1986.

The judgment is affirmed. Rule 30.25(b).

■

**In the Interest of T.G. & D.M.G., Plaintiff.**

**JUVENILE OFFICER, Respondent,**

v.

**N.G.—Natural Mother, Appellant.**

**Nos. WD 48213, WD 48214.**

Missouri Court of Appeals,
Western District.

March 22, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 3, 1994.

Phil Appenzeller, Jr., Kansas City, for appellant.

Mary Marquez, Kansas City, for respondent.

Dale Nathan Godfrey, Kansas City, for Guardian Ad Litem.

Before TURNAGE, C.J., P.J., and LOWENSTEIN and HANNA, JJ.

*ORDER*

PER CURIAM.

Appeal from an order terminating parental rights pursuant to § 211.447, RSMo 1986.

Affirmed. Rule 84.16(b).